UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jamel Antwan Davis**                                      Docket No. 5:17-CR-256-1M

### Petition for Action on Supervised Release

COMES NOW Courtney L. Thomas, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jamel Antwan Davis, who, upon an earlier plea of guilty to Count 4-Possession With Intent to Distribute a Quantity of Hydrocodone, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C) and Count 7-Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A), was sentenced by the Honorable Malcolm J. Howard, Senior United States District Judge, on September 10, 2019, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On June 21, 2021, the case was reassigned to the Richard E. Myers II, Chief United States District Judge. Jamel Antwan Davis was released from custody on January 10, 2024, at which time the term of supervised release commenced. On January 17, 2024, as a result of the defendant testing positive for cocaine and fentanyl on January 12, 2024, a Violation Report was submitted to the Court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 31, 2024, the defendant submitted a urine sample that that tested positive for fentanyl. When confronted, the defendant denied using fentanyl. A lab report was requested and confirmed that the urine sample was positive for fentanyl. As a sanction for this conduct and to deter further drug use, we would respectfully recommend that his supervision be modified to include 60 days of curfew with GPS monitoring. We will continue to monitor his drug use through the Surprise Urinalysis Program and the defendant will continue substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

/s/ Courtney L. Thomas
Courtney L. Thomas
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2554
Executed On: February 20, 2024

### ORDER OF THE COURT

Considered and ordered this ___22d___ day of ___February___, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge