UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jamel Antwan Davis**　　　　　　　　　　　　　　　　**Docket No. 5:17-CR-256-1M**

### Petition for Action on Supervised Release

COMES NOW Courtney L. Thomas, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jamel Antwan Davis, who, upon an earlier plea of guilty to Count 4-Possession With Intent to Distribute a Quantity of Hydrocodone, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C) and Count 7-Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A), was sentenced by the Honorable Malcolm J. Howard, Senior United States District Judge, on September 10, 2019, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On June 21, 2021, the case was reassigned to the Honorable Richard E. Myers II, Chief United States District Judge. Jamel Antwan Davis was released from custody on January 10, 2024, at which time the term of supervised release commenced. On January 17, 2024, as a result of the defendant testing positive for cocaine and fentanyl on January 12, 2024, a Violation Report was submitted to the Court. Furthermore, as a result of the defendant testing positive for fentanyl on January 31, 2024, the court modified the conditions of supervision to include 60 days of curfew.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 22, 2024, the defendant submitted a urine specimen that tested positive for fentanyl. When confronted, the defendant denied using fentanyl. A lab report was requested and confirmed that the urine specimen was positive for fentanyl. As a sanction for this conduct, we would respectfully recommend that his supervision be modified to include 60 days of home detention with Location Monitoring technology to be determined by the supervising officer. We will continue to monitor his drug use through the Surprise Urinalysis Program and the defendant will continue substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: monitoring technology to be determined by the supervising officer, and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Jamel Antwan Davis
Docket No. 5:17-CR-256-1M
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Keith W. Lawrence<br>Keith W. Lawrence<br>Supervising U.S. Probation Officer | /s/ Courtney L. Thomas<br>Courtney L. Thomas<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2554<br>Executed On: June 7, 2024 |

### ORDER OF THE COURT

Considered and ordered this 7th day of June, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge