UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:17-CR-256-1M

| United States of America | ) | **AMENDED JUDGMENT** |
|---|---|---|
| v. | ) | |
| Jamel Antwan Davis | ) | |

On September 10, 2019, Jamel Antwan Davis appeared before the Honorable Malcolm J. Howard, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a finding of guilt by jury to Possession With Intent to Distribute a Quantity of Hydrocodone, 21 U.S.C. § 841(a)(1) and 21 U.S.C § 841(b)(1)(C) and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A) was sentenced to the custody of the Bureau of Prisons for a term of 96 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Jamel Antwan Davis was released from custody and the term of supervised release commenced on January 10, 2024.

From evidence presented at the revocation hearing on July 23, 2024, the court finds as a fact that Jamel Antwan Davis, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Failure to participate as directed in a urinalysis program.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 1 day.

**IT IS FURTHER ORDERED** that following his release from incarceration the defendant is returned to supervised release to complete the previously imposed term to expire on January 9, 2029, under the terms and conditions previously imposed. Additionally, he is to report for inpatient treatment to the Wilmington Treatment Center on July 24, 2024, at 1:30 pm, for a minimum of 30 days and continuing until such time as he is successfully discharged from the program in consultation with the U.S. Probation Office.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

SO ORDERED this 30th day of July, 2024

RICHARD E. MYERS II
Chief U.S. District Judge