UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jamel Antwan Davis**　　　　　　　　　　　　　　**Docket No. 5:17-CR-256-1M**

**Petition for Action on Supervised Release**

COMES NOW Courtney L. Thomas, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jamel Antwan Davis, who, upon an earlier plea of guilty to Count 4-Possession With Intent to Distribute a Quantity of Hydrocodone, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C) and Count 7-Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on September 10, 2019, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On June 21, 2021, the case was reassigned to the Honorable Richard E. Myers II, Chief United States District Judge. Jamel Antwan Davis was released from custody on January 10, 2024, at which time the term of supervised release commenced. On January 17, 2024, as a result of the defendant testing positive for cocaine and fentanyl on January 12, 2024, a Violation Report was submitted to the court. Additionally, as a result of the defendant testing positive for fentanyl on January 31, 2024, the court modified the conditions of supervision to include 60 days of curfew. On June 7, 2024, as a result of the defendant testing positive for fentanyl on May 22, 2024, the court modified his conditions of supervision to include 60 days of home detention. On June 14, 2024, a Motion for Revocation was submitted to the court as a result of the defendant testing positive for fentanyl on June 6, 2024. On July 11, 2024, an Amended Motion for Revocation was submitted to the court as a result of the defendant testing positive for fentanyl on July 9, 2024. On July 23, 2024, a Revocation Hearing was held before Your Honor. At that time, the defendant's term of supervised release was revoked, and he was ordered to serve one day in custody. A term of supervised release was reimposed and ordered to expire on January 9, 2029, under the terms and conditions previously imposed. Additionally, the defendant was ordered that following his release from incarceration to report to inpatient treatment at the Wilmington Treatment Center for a minimum of 30 days and continuing until successfully discharged from the program.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is currently on home detention with Radio Frequency technology. However, when our office attempted to switch to GPS monitoring for the defendant's inpatient treatment, the treatment facility would not permit access to the defendant so that we could place the defendant on GPS monitoring. Due to not being able to change the location monitoring equipment to GPS monitoring, we are unable to monitor the defendant while at this facility. Therefore, we respectfully recommend that the remaining term of the location monitoring be stayed until the defendant has completed or been discharged from the Wilmington Treatment Center. Upon discharge from inpatient treatment, we will resume location monitoring.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

- The remaining term of location monitoring be stayed until the defendant has completed or discharged from the Wilmington Treatment Center.

Except as herein modified, the judgment shall remain in full force and effect.

Jamel Antwan Davis
Docket No. 5:17-CR-256-1M
Petition For Action
Page 2

Reviewed and approved,

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Courtney L. Thomas
Courtney L. Thomas
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2554
Executed On: July 26, 2024

### ORDER OF THE COURT

Considered and ordered this 29th day of July, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge